**Charlie Mae ANDERSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27189.

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

## PER CURIAM.

Appellant was convicted for unlawfully possessing intoxicating liquor for the purpose of sale in a dry area, and her punishment was assessed at a fine of $200.

The complaint and information, as well as all matters of procedure, appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.